UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------

SAMUEL LOUIS-CHARLES

                                    Plaintiff,

          **-v.-**

                                              Civil Action No.
                                         9:11-cv-147 (GLS/TWD)


SERGEANT COURTWRIGHT, *et al.*

                                    Defendants.
-------------------------------------------------------------------------------

APPEARANCES:                         OF COUNSEL:

**FOR THE PLAINTIFF:**

SAMUEL LOUIS-CHARLES
Plaintiff *Pro Se*
232 West Main St.
Apt. #36
Watertown, New York 13601

**FOR DEFENDANTS:**

Jefferson County Attorney          DAVID J. PAULSEN, ESQ.
Jefferson County Office Building
175 Arsenal Street
Watertown, New York 13601


GARY L. SHARPE,
CHIEF JUDGE

## <u>ORDER</u>

The above-captioned matter comes to this court following a Report-

Recommendation by Magistrate Judge Therese Wiley Dancks, duly filed

January 7, 2014. Following fourteen (14) days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed and the court having reviewed the Magistrate Judge's Report-Recommendation for clear error, it is hereby

ORDERED that the Report-Recommendation of Magistrate Judge Therese Wiley Dancks filed January 7, 2014 (Dkt. No. 38) is ACCEPTED in its entirety for the reasons stated therein; and it is further

ORDERED that defendants' motion for summary judgment (Dkt. No. 30) is GRANTED; and it is further

ORDERED that judgment be entered in favor of Defendants; and it is further

ORDERED that the Clerk of the Court is to mail copies of the Order to the parties in accordance with the court's local rules.

IT IS SO ORDERED.

Dated:    February 4, 2014
          Albany, New York

Gary L. Sharpe
Chief Judge
U.S. District Court